**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**Statesville Division**
**Civil Action No.: 5:26-cv-282**

| | |
|---|---|
| **KATHERINE HARRIS, by and through GUARDIAN PENNY HARRIS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BOJANGLES' RESTAURANTS, INC.,**<br><br>**Defendant.** | **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446** |

**PLEASE TAKE NOTICE** that Defendant Bojangles' Restaurants, Inc. ("Bojangles"), through counsel and pursuant to 28 U.S.C. § 1331, hereby removes Case No. 26CV000681-010 from the Superior Court Division of Alexander County, North Carolina (the "State Court") to the United States District Court for the Western District of North Carolina, Statesville Division, being the district and division in which this case is pending. In support of this removal, Bojangles states the following:

1. On October 19, 2026, Plaintiff Katherine Harris, by and through her Guardian Penny Harris, filed a complaint against Bojangles in the State Court, captioned *Katherine Harris, by and through Guardian Penny Harris v. Bojangles' Restaurants, Inc.*, Case No. 26CV000681-010. Bojangles attaches to this Notice all process, pleadings, orders, and other documents that have been served on Bojangles in the State Court action, as required by 28 U.S.C. § 1446(a).

2. Bojangles was served with Plaintiff's civil summons, complaint, and civil action cover sheet on October 23, 2026. The complaint is the initial pleading setting forth the claim for relief upon which this action is based. Thirty days have not yet elapsed from service of process.

Removal is therefore timely under 28 U.S.C. § 1446(b).

3. Bojangles has not yet filed a responsive pleading in the State Court, as an answer or other responsive pleading would not be due under the North Carolina Rules of Civil Procedure until November 23, 2026.

4. Plaintiff asserts two claims against Bojangles, both of which arise under the Americans with Disabilities Act.

5. The Americans with Disabilities Act is a federal statute. *See* 42 U.S.C. § 12101 *et seq.* This action is thus properly removable under 28 U.S.C. § 1441(a) because this Court "has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States" pursuant to 28 U.S.C. § 1331.

6. The State Court is located within this judicial district. 28 U.S.C. § 113(c). Venue is therefore proper under 28 U.S.C. § 1441(a).

7. The State Court is located within the Statesville Division of this judicial district. Assignment to this division is therefore proper.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is being filed with the clerk of the State Court, and Bojangles will provide written notice of the filing of this Notice to Plaintiff through her counsel of record. A copy of all documents filed with this Court shall be served on Plaintiff pursuant to Federal Rule of Civil Procedure 5.

9. Bojangles reserves the right to file additional support for this Notice by way of declarations, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and/or legal argument.

10. By filing this Notice, Bojangles does not waive any defenses that may be available to it.

Based on the foregoing, Bojangles hereby removes this action from the Superior Court Division of Alexander County, North Carolina to the United States District Court for the Western District of North Carolina, Statesville Division.

This 19th day of November, 2026.

/s/ Charles E. Johnson____________________
Charles E. Johnson
N.C. State Bar No. 9890
cejohnson@rbh.com

Brendan P. Biffany
N.C. State Bar No. 54761
bbiffany@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon St., Suite 2300
Charlotte, North Carolina 28202
Telephone: 704.377.2536

*Attorneys for Defendant Bojangles' Restaurants, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day the foregoing **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446** was served upon all parties of record by email and U.S. Mail addressed as follows:

Clark D. Tew
Pope McMillan, P.A.
113 N. Center Street, Suite 200
Statesville, NC 28677
ctew@popemcmillan.com

*Attorney for Plaintiff*

This 19th day of November, 2026.

/s/ Charles E. Johnson
Charles E. Johnson